B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dietrich's Specialty Processing LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**02-0748444** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**61 Vanguard Dr**<br>**Reading, PA**<br>ZIP Code **19606** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Berks** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  \*\*\* **Dexter K. Case 52815** \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Dietrich's Specialty Processing LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dietrich's Specialty Processing LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Dexter K. Case**
Signature of Attorney for Debtor(s)

**Dexter K. Case 52815**
Printed Name of Attorney for Debtor(s)

**Case, DiGiamberardino & Lutz, P.C**
Firm Name

**845 North Park Road
Suite 101
Wyomissing, PA 19610**

Address

**610-372-9900  Fax: 610-372-5469**
Telephone Number

**May 10, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Thomas W. Dietrich**
Signature of Authorized Individual

**Thomas W. Dietrich**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 10, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Dietrich's Specialty Processing LLC**                                    Case No.
                                            Debtor(s)                              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Principal Financial Service**<br>**111 W State St**<br>**Mason City, IO 50401** | **Lacey Satteriee**<br>**Principal Financial Service**<br>**111 W State St**<br>**Mason City, 80 50401**<br>**800-258-9041** | | | **161,636.29** |
| **Hartford Fire Insurance Co**<br>**One Hartford Plaza**<br>**Hartford, CT 06155** | **Julie Morris**<br>**Hartford Fire Insurance Co**<br>**One Hartford Plaza**<br>**Hartford, CT 06155**<br>**888-266-3488** | | | **144,324.00** |
| **UGI Energy Services Inc.**<br>**One Meridian Blvd Ste 2C01**<br>**Wyomissing, PA 19610** | **Brian Piekos**<br>**UGI Energy Services Inc.**<br>**One Meridian Blvd Ste 2C01**<br>**Wyomissing, PA 19610**<br>**800-427-8545** | | | **130,485.82** |
| **UGI Utilities**<br>**POB 13009**<br>**Reading, PA 19612-3009** | **Sharon DeVall**<br>**UGI Utilities**<br>**POB 13009**<br>**Reading, PA 19612-3009**<br>**610-736-5844** | | | **109,679.91** |
| **Chemserve Inc.**<br>**POB 189**<br>**Birdsboro, PA 19508** | **Pat Hastings**<br>**Chemserve Inc.**<br>**POB 189**<br>**Birdsboro, PA 19508**<br>**6t10-327-3888** | | | **100,578.22** |
| **Richard M. Kline & Son Inc.**<br>**625 Spring St Ste 200**<br>**Reading, PA 19610** | **Richard M. Kline & Son Inc.**<br>**625 Spring St Ste 200**<br>**Reading, PA 19610**<br>**610-374-1108** | | | **83,373.87** |
| **Met-Ed**<br>**POB 3687**<br>**Akron, OH 44309-3687** | **Kate Marsh**<br>**Met-Ed**<br>**POB 3687**<br>**Akron, OH 44309-3687**<br>**610-921-6031** | | | **55,060.52** |

B4 (Official Form 4) (12/07) - Cont.

In re **Dietrich's Specialty Processing LLC**            Case No. _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **North Lawrence Dairy, Inc.** 22 County Rte 52 N Lawrence, NY 12967 | **North Lawrence Dairy, Inc.** 22 County Rte 52 N Lawrence, NY 12967 315-389-5111 | | | **45,121.57** |
| **Highlife Properties LLC** 8754 Cotter St Lewis Center, OH 43035 | **Jay Highman** Highlife Properties LLC 8754 Cotter St Lewis Center, OH 43035 740-548-0135 | | | **29,050.35** |
| **Natural Dairy Products Corp** POB 464 West Grove, PA 19390 | **Ned MacArthur** Natural Dairy Products Corp POB 464 West Grove, PA 19390 610-268-6962 | | | **26,497.39** |
| **Hill Wallack LLP** 202 Carnegie Center CN5226 Princeton, NJ 08543-5226 | **Paul Watter** Hill Wallack LLP 202 Carnegie Center CN5226 Princeton, NJ 08543-5226 609-924-0808 | | | **24,295.86** |
| **Highmark Blue Shield** POB 382049 Pittsburgh, PA 15251-0849 | **John Hudack** Highmark Blue Shield POB 382049 Pittsburgh, PA 15251-0849 412-544-7571 | | | **21,760.85** |
| **CitiBusiness Card** POB 183065 Columbus, OH 43218-3065 | **Customer Service** CitiBusiness Card POB 183065 Columbus, OH 43218-3065 800-950-5114 | | | **20,140.66** |
| **Reinsel Kuntz Lesher** 1330 Broadcasting Rd POB 7008 Wyomissing, PA 19610-6008 | **George Reinoehl Jr.** Reinsel Kuntz Lesher 1330 Broadcasting Rd POB 7008 Wyomissing, PA 19610-6008 610-376-1595 | | | **15,472.20** |
| **Berkshire Dairy and Food Products Inc.** 1258 Penn Ave Wyomissing, PA 19610-2310 | **Dale Mills** Berkshire Dairy and Food Products Inc. 1258 Penn Ave Wyomissing, PA 19610-2310 610-378-9999 | | | **13,543.30** |
| **Delval Equipment Corporation** 431 Feheley Dr King of Prussia, PA 19406 | **Jim Hoffman** Delval Equipment Corporation 431 Feheley Dr King of Prussia, PA 19406 610-275-3599 | | | **12,183.19** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Dietrich's Specialty Processing LLC**  ,  Case No.
   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Cintas Corporation**<br>**164 E Main St**<br>**Emmaus, PA 18049** | **Justin Lauver**<br>**Cintas Corporation**<br>**164 E Main St**<br>**Emmaus, PA 18049**<br>**610-967-5155** | | | **11,547.43** |
| **St Albans Cooperative Creamery Inc.**<br>**140 Federal St**<br>**St Albans, VT 05478** | **Rob Hirss**<br>**St Albans Cooperative Creamery Inc.**<br>**140 Federal St**<br>**St Albans, VT 05478**<br>**802-524-8581** | | | **11,058.63** |
| **Clover Farms Dairy Co.**<br>**3300 Pottsville Pk**<br>**Reading, PA 19605** | **John Rothenberger**<br>**Clover Farms Dairy Co.**<br>**3300 Pottsville Pk**<br>**Reading, PA 19605**<br>**800-323-0123** | | | **10,000.00** |
| **Dairyland Packaging**<br>**2925 Church St**<br>**POB 189**<br>**Cross Plains, WI 53528** | **Chuck Bollenbach**<br>**Dairyland Packaging**<br>**2925 Church St**<br>**POB 189**<br>**Cross Plains, WI 53528**<br>**608-798-2247** | | | **7,195.65** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 10, 2010**          Signature  **/s/ Thomas W. Dietrich**
                         **Thomas W. Dietrich**
                         **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
AFLAC
1932 Wynnton Rd
Columbus, GA 31999-0797



Allied Waste Services
50 Orchard Lane
POB 197
Leesport, PA 19533



American Express
POB 36002
Ft Lauderdale, FL 33336-0002



API Heat Transfer
2777 Walden Ave
Buffalo, NY 14225



Applied Controls
47 General Warren Blvd
POB 879
Malvern, PA 19355-0918



B Cast Stainless Products, LLC
8500 Memorial Dr
Dublin, OH 43064



Ben Franklin Technology Partners
125 Goodman Dr
Bethlehem, PA 18015-3715



Berks EIT Bureau
920 Van Reed Road
Wyomissing, PA 19610-1700



Berkshire Dairy and Food Products Inc.
1258 Penn Ave
Wyomissing, PA 19610-2310
```

Brenntag Northeast Inc.
81 W Huller Ln
Reading, PA 19605


Brice Excavating
1896 Friedensburg Road
Reading, PA 19606


Brown Engineering Company
2135 N 13th St
Reading, PA 19604-1211


Capital One F.S.B
POB 70885
Charlotte, NC 06475


Cargas Systems Inc.
201 Granite Run Dr
Lancaster, PA 17601-6824


Charm Sciences
659 Andover St
Lawrence, MA 01843-1032


Cheese Market News
POB 628254
Middleton, WI 53562


Chemserve Inc.
POB 189
Birdsboro, PA 19508


Cingular
POB 17542
Baltimore, MD 21297-1542

Cintas Corporation
164 E Main St
Emmaus, PA 18049


Cintas Document Management
POB 633842
Cincinnati, OH 45263-3842


CitiBusiness Card
POB 183065
Columbus, OH 43218-3065


Clover Farms Dairy Co.
3300 Pottsville Pk
Reading, PA 19605


Custom Metal Designs
POB 783037
Winter Garden, FL 34778


Dairyland Packaging
2925 Church St
POB 189
Cross Plains, WI 53528


Decagon Devices
2365 NE Hopkins Ct
Pullman, WA 99163


Deibel Laboratories
1885 Market St
Bethlehem, PA 18018


Delval Equipment Corporation
431 Feheley Dr
King of Prussia, PA 19406

```
DYAD Inc.
11 Clyde Rd Ste 201
Somerset, NJ 08873-3474




Eastern Life & Health Insurance Company
POB 83149
Lancaster, PA 17608-3149




Effector, Inc.
782 Springdale Dr
Exton, PA 19341




Ehrlich
POB 13848
Reading, PA 19612-3848




Exeter Township
4975 DeMoss Rd
Reading, PA 19606




Exeter Township Tax Collector
10 Fairlane Rd
POB 4216
Reading, PA 19606




Fastenal
POB 978
Winona, MN 55987-0978




FedEx
POB 371461
Pittsburgh, PA 15250-7461




Food and Drink Magazine
4091 Solutions Center
#774091
Chicago, IL 60677-4000
```

Fraser Advanced Info Systems
320 Penn Ave
Reading, PA 19611-1127


Fromm Electric
2101 Centre Ave
Reading, PA 19605


Greater Reading Chamber of Commerce
601 Penn St Ste 101
Reading, PA 19601


GTS
5275 Tilghman St
Allentown, PA 18104


Hannahoe Pallets & Skids Inc.
39 Riverside Dr
Reading, PA 19605-9275


Hartford Fire Insurance Co
One Hartford Plaza
Hartford, CT 06155


Heartland Settlement Company
55 Commerce Dr
Reading, PA 19610


Heritage Equipment Company
9000 Heritage Dr
Plain City, OH 43064


Highlife Properties LLC
8754 Cotter St
Lewis Center, OH 43035

```
Highmark Blue Shield
POB 382049
Pittsburgh, PA 15251-0849


Hill Wallack LLP
202 Carnegie Center
CN5226
Princeton, NJ 08543-5226


Holtzman-Bechtel Co., Inc.
#20 Empire Dr
Belleville, IL 62220


Kelly Services
POB 820405
Philadelphia, PA 19182-0405


Kline Process Systems, Inc.
625 Spring St Ste 200
Reading, PA 19610


Lancaster DHIA
1592 Old Line Rd
Manheim, PA 17545


Lift Inc.
3745 Hempland Rd
Mountville, PA 17554


Megan Horst
1105 Reagan St
Mt Joy, PA 17552


Met-Ed
POB 3687
Akron, OH 44309-3687
```

Mid Penn Bank Leasing Services
2101 Market St
Camp Hill, PA 17011


National Equipment Solutions EP
712 Yarmouth Dr
W Chester, PA 19380


National Equipment Solutions EP
712 Yarmouth Dr
West Chester, PA 19380


Natural Dairy Products Corp
POB 464
West Grove, PA 19390


Nelson Jameson
POB 1147
Marshfield, WI 54449-7117


North Lawrence Dairy, Inc.
22 County Rte 52
N Lawrence, NY 12967


Nu-Con Equipment
1600 Lake Dr W
Chanhassen, MN 55317


PA American Water
POB 587
Alton, IL 62002-0578


PA Department of Revenue
Department 280946
ATTN: Bankruptcy Division
Harrisburg, PA 17128-0946

PA Milk Marketing Board
2301 N Cameron St
Harrisburg, PA 17110-9408


Phila OccHealth/DBA WORKNET Occ Med
POB 827842
Philadelphia, PA 19182-7842


Philadelphia Ball
POB 37015
Philadelphia, PA 19122-0715


Phoenix Packaging Inc.
1160 E Main St
Mt Joy, PA 17552


Pitney Bowers
POB 856042
Louisville, KY 40285-6042


PMCA
2980 Linden St Ste E3
Bethlehem, PA 18107


Powtek Corporation
3060 Bristol Rd Ste 236
Bensalem, PA 19020


Precision Solutions Inc.
2525 Tollgate Rd
Quakertown, PA 18951


Principal Financial Service
111 W State St
Mason City, IO 50401

Process Technologies Inc.
619-R Franklin St
W Reading, PA 19611


Reading Eagle Company
POB 582
Reading, PA 19603-0582


Reading Electric
80 Witman Rd
Reading, PA 19605


Reading Sanitary Wiper Co
35 Queen St
Sinking Spring, PA 19608-1137


Reinsel Kuntz Lesher
1330 Broadcasting Rd
POB 7008
Wyomissing, PA 19610-6008


Richard L. Schwager
5 Woodmere Rd
N Brunswick, NJ 08902


Richard M. Kline & Son Inc.
625 Spring St Ste 200
Reading, PA 19610


Rosemount Analytical
2400 Barranca Pkwy
Irvine, CA 92606-5018


Sam's Club
5314 Allentown Pk
Temple, PA 19560

Sartorius Omnimark Instrument Corp
24918 Network Pl
Chicago, IL 60673-1249


SFC Adams Inc.
POB 95359
Buffalo, NY 14240-0963


Sierra Packaging
60 Rte 36 E Ste C
W Long Branch, NJ 07764


South Eastern Economic
Development Co of PA
737 Constitution Dr
Exton, PA 19341


Spectrum Chemical Mfg. Corp.
14422 S San Pedro St
Gardena, CA 90248


Spraying Systems Co
POB 7900
Wheaton, IL 60189-7900


St Albans Cooperative Creamery Inc.
140 Federal St
St Albans, VT 05478


Stackhouse Bensinger Inc.
330 Revere Blvd
Sinking Spring, PA 19608


Summit Hill Flavors
256 Lackland Dr E
Flemington, NJ 08846

```
T C Daubert LLC
POB 364
Yeagertown, PA 17099



The Water Guy
2 E Pointe Dr
Birdsboro, PA 19508-8140



Thomas Dietrich
1504 Cross Keys Road
Reading, PA 19605



Town & Country Leasing LLC
POB 329
E Petersburg, PA 17520



Town & Country Leasing LLC
POB 329
East Petersburg, PA 17520



Trane Service Group
POB 406469
Atlanta, GA 30384-6469



UGI Energy Services Inc.
One Meridian Blvd Ste 2C01
Wyomissing, PA 19610



UGI Utilities
POB 13009
Reading, PA 19612-3009



Union of Orthodox Jewish Congregations
11 Broadway
New York, NY 10004
```

```
UPS
POB 7247-0244
Philadelphia, PA 19170-0001



US Department of Agriculture
POB 790257
St Louis, MO 63179-0257



USDA Food Safety and Inspection Service
POB 979001
St Louis, MO 63197-9000



VIST Bank
POB 741
Leesport, PA 19533



Vist Insurance Reading
1240 Broadcasting Rd
Wyomissing, PA 19610-3203



West Coast Life Insurance Company
POB 2252
Birmingham, AL 35246-0078



Windstream
1720 Galleria Blvd
Charlotte, NC 28270



Xpedx Philadelphia
POB 644520
Pittsburgh, PA 15264-4520



Yeager Supply, Inc.
1440 N 6th St
POB 1177
Reading, PA 19603
```