B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   Dietrich's Specialty Processing LLC                           Case No.   10-21399
                                    Debtor(s)                         Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FrieslandCampina<br>Attn: Joost van Schinjndel<br>61 S. Paramus Road<br>Suite 422<br>Paramus, NJ 07652 | FrieslandCampina<br>Attn: Joost van Schinjndel<br>61 S. Paramus Road<br>Paramus, NJ 07652 | trade debt | | 318,503.00 |
| Principal Financial Service<br>111 W State St<br>Mason City, IO 50401 | Lacey Satteriee<br>Principal Financial Service<br>111 W State St<br>Mason City, 80 50401<br>800-258-9041 | employee benefits | | 161,636.29 |
| Hartford Fire Insurance Co<br>One Hartford Plaza<br>Hartford, CT 06155 | Julie Morris<br>Hartford Fire Insurance Co<br>One Hartford Plaza<br>Hartford, CT 06155<br>888-266-3488 | trade debt | | 144,324.00 |
| UGI Energy Services Inc.<br>One Meridian Blvd Ste 2C01<br>Wyomissing, PA 19610 | Brian Piekos<br>UGI Energy Services Inc.<br>One Meridian Blvd Ste 2C01<br>Wyomissing, PA 19610<br>800-427-8545 | trade debt | | 130,485.82 |
| UGI Utilities<br>POB 13009<br>Reading, PA 19612-3009 | Sharon DeVall<br>UGI Utilities<br>POB 13009<br>Reading, PA 19612-3009<br>610-736-5844 | trade debt | | 109,679.91 |
| Chemserve Inc.<br>POB 189<br>Birdsboro, PA 19508 | Pat Hastings<br>Chemserve Inc.<br>POB 189<br>Birdsboro, PA 19508<br>6t10-327-3888 | trade debt | | 105,114.07 |
| Richard M. Kline & Son Inc.<br>625 Spring St Ste 200<br>Reading, PA 19610 | Richard M. Kline & Son Inc.<br>625 Spring St Ste 200<br>Reading, PA 19610<br>610-374-1108 | trade debt | | 83,373.87 |

B4 (Official Form 4) (12/07) - Cont.

In re  Dietrich's Specialty Processing LLC  
             Debtor(s)

Case No.  **10-21399**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| H. Lawrence Clofine<br>1407 New Road<br>POB 335<br>Linwood, NJ 08221 | H. Lawrence Clofine<br>1407 New Road<br>POB 335<br>Linwood, NJ 08221 | shareholder loan | | 55,446.80 |
| Met-Ed<br>POB 3687<br>Akron, OH 44309-3687 | Kate Marsh<br>Met-Ed<br>POB 3687<br>Akron, OH 44309-3687<br>610-921-6031 | trade debt | | 42,641.02 |
| Jeffrey N. James<br>616 Stonehill Road<br>Shoemakersville, PA 19555 | Jeffrey N. James<br>616 Stonehill Road<br>Shoemakersville, PA 19555 | shareholder loan | | 36,999.39 |
| Robert H. Kline<br>c/o Kline Process Systems, Inc.<br>625 Spring Street, Suite 200<br>Reading, PA 19610 | Robert H. Kline<br>c/o Kline Process Systems, Inc.<br>625 Spring Street, Suite 200<br>Reading, PA 19610 | shareholder loan | | 33,615.98 |
| Highlife Properties LLC<br>8754 Cotter St<br>Lewis Center, OH 43035 | Jay Highman<br>Highlife Properties LLC<br>8754 Cotter St<br>Lewis Center, OH 43035<br>740-548-0135 | trade debt | | 29,050.35 |
| Hill Wallack LLP<br>202 Carnegie Center<br>CN5226<br>Princeton, NJ 08543-5226 | Paul Watter<br>Hill Wallack LLP<br>202 Carnegie Center<br>CN5226<br>Princeton, NJ 08543-5226<br>609-924-0808 | trade debt | | 24,295.86 |
| CitiBusiness Card<br>POB 183065<br>Columbus, OH 43218-3065 | Customer Service<br>CitiBusiness Card<br>POB 183065<br>Columbus, OH 43218-3065<br>800-950-5114 | trade debt | | 20,140.66 |
| Reinsel Kuntz Lesher<br>1330 Broadcasting Rd<br>POB 7008<br>Wyomissing, PA 19610-6008 | George Reinoehl Jr.<br>Reinsel Kuntz Lesher<br>1330 Broadcasting Rd<br>POB 7008<br>Wyomissing, PA 19610-6008<br>610-376-1595 | trade debt | | 15,472.20 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | taxes | | 14,986.62 |
| Delval Equipment Corporation<br>431 Feheley Dr<br>King of Prussia, PA 19406 | Jim Hoffman<br>Delval Equipment Corporation<br>431 Feheley Dr<br>King of Prussia, PA 19406<br>610-275-3599 | trade debt | | 12,183.19 |

B4 (Official Form 4) (12/07) - Cont.

In re  Dietrich's Specialty Processing LLC                          Case No.  10-21399
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cintas Corporation<br>164 E Main St<br>Emmaus, PA 18049 | Justin Lauver<br>Cintas Corporation<br>164 E Main St<br>Emmaus, PA 18049<br>610-967-5155 | trade debt | | 11,547.43 |
| Clover Farms Dairy Co.<br>POB 14627<br>Reading, PA 19612-4627 | John Rothenberger<br>Clover Farms Dairy Co.<br>3300 Pottsville Pk<br>Reading, PA 19605<br>800-323-0123 | trade debt | | 10,000.00 |
| Dairyland Packaging<br>2925 Church St<br>POB 189<br>Cross Plains, WI 53528 | Chuck Bollenbach<br>Dairyland Packaging<br>2925 Church St<br>POB 189<br>Cross Plains, WI 53528<br>608-798-2247 | trade debt | | 7,195.65 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 7, 2010                    Signature  /s/ Thomas W. Dietrich
                                                 Thomas W. Dietrich
                                                 President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.